<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-1630**

───────────────

RAFAEL YANUSHEVSKY,

Plaintiff - Appellant,

versus

UNIVERSITY OF MARYLAND, College Park,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Andre M. Davis, District Judge. (CA-98-
2070-AMD)

───────────────

Submitted:  July 8, 1999          Decided:  July 14, 1999

───────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Rafael Yanushevsky, Appellant Pro Se.  Jacqueline Wei Mintz, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rafael Yanushevsky appeals the district court's order granting Defendant's motion for summary judgment in his civil action in which he asserted discriminatory failure to hire claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Yanushevsky v. University of Maryland</u>, No. CA-98-2070-AMD (D. Md. Apr. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>